Gilbert Kitt, Appellee, v. Liberty National Bank of Chicago, as Trustee Under Trust No. 5712, Carl H. Borak and Standard Securities & Management Corporation, Appellants.

Gen. No. 46,639.

First District, Second Division.

November 22, 1955.

Released for publication December 14, 1955.

McCarthy and Levin, for appellants; Morgan, Halligan & Lanoff, and Hymen S. Gratch, for appellee; Edwin A. Halligan, and Samuel L. Lanoff, of counsel. Opinion by JUDGE SCHWARTZ. Not to be published in full.